United States Federal District Court of the District of Columbia

| | | |
|---|---|---|
| Brandon Michael Jacobs | ) | Complaint |
| | ) Case #: | 1:19-mc-00037 |
| V. | ) | |
| | ) | |
| United States. | ) | |

Motion to continue with this case without a seal.

On this __30__ day of __June__, 2020 I declare under penalty of perjury that the foregoing is truth.

Name: _____.   Dated: __6/30/2020__
Brandon Michael Jacobs

**RECEIVED**

JUN 30 2020

Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

Page 1 of 1