United States Federal District Court of the District of Columbia

| | | |
|---|---|---|
| Brandon Michael Jacobs | ) | Motion |
| | ) Case #: | 1:19-mc-00037 |
| V. | ) | |
| | ) | |
| United States. | ) | |

Motion to leave to amend complaint with the caption of the case to state Brandon Michael Jacobs vs. Centipede. The contract for centipede requires centipede to be in the caption of the case.

On this 30 day of June_____, 2020 I declare under penalty of perjury that the foregoing is truth.

Name: _____. Dated: 6/30/2020_____

Brandon Michael Jacobs

**RECEIVED**

JUN 30 2020

Clerk, U.S. District & Bankruptcy
Court for the District of Columbia